UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
SHEMTOV ERGAS, individually and on behalf of all others similarly situated,

                                        Plaintiff,

-against-

THE ACCOUNTS RETRIEVABLE SYSTEM INC.
and MAIDENBAUM & ASSOCIATES, PLLC,

                                       Defendants.
-------------------------------------------------------------------------X

Docket No.: 20-CV-01864
(RJD) (PK)

**STIPULATION
OF DISMISSAL
WITH PREJUDICE**

The Clerk of the Court is directed to close this case.
So Ordered.
1/19/2021   /S/Raymond J. Dearie

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, attorneys of record for the parties to this proceeding, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of this action, all of the claims in the above-entitled action are hereby dismissed with prejudice pursuant to F.R.C.P. 41(a)(1)(A)(ii), without costs to either party as against the other.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that pdf and/or electronic signatures shall have the same force and effect as an original.

Dated: New York, New York
        January 8, 2021

| ROPERS MAJESKI, P.C. | JOSEPH BALISOK, ESQ. |
|---|---|
| By: _John W. Hanson_ | By: _Joseph Balisok_ |
| John W. Hanson, Esq. | Joseph Balisok, Esq. |
| *Attorneys for Defendant* | *Attorneys for Plaintiff* |
| *Maidenbaum & Associates PLLC* | 251 Troy Avenue |
| 750 Third Avenue, 25th Fl. | Brooklyn, New York 11213 |
| New York, New York 10017 | (203) 444-3551 |
| (212) 668-5927 | joseph@lawbalisok.com |
| John.hanson@ropers.com | |

4833-3655-3927.3

BARRON & NEWBURGER, PC

By: _____
Mitchell L Williamson
*Attorneys for Defendant*
*Accounts Retrievable System, Inc.*
458 Elizabeth Ave., Suite 5371
Somerset, N.J. 08873
866.476.9103 ext 212
mwilliamson@bn-lawyers.com

                                      SO ORDERED:

                                      _____
                                                U.S.D.J

4831-3655-3927.3